

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
100 F STREET N.E.
WASHINGTON, DC 20549-5985

DIVISION OF ENFORCEMENT

James P. Connor
Trial Counsel
Direct Dial: 202-551-8394
connorja@sec.gov

November 16, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/21

VIA ECF

The Honorable Lewis J. Kaplan
U.S. District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   **Letter Requesting Case Termination Due to Filing and Docketing Error, *SEC v. Terraform Labs PTE Ltd., et al.*, No. 2:21-mc-00808-LAK**

Dear Judge Kaplan:

The Securities and Exchange Commission ("SEC") respectfully writes to request termination of this action without prejudice due to a filing and docketing error that resulted in two identical actions being filed in this Court. On November 12, 2021, the SEC filed this miscellaneous action, but did not identify the correct parties on the Court's Electronic Filing System ("ECF"). After consultation with the Clerk's Office following the error, the SEC then filed an identical miscellaneous action on the same day identifying the correct parties, *SEC v. Terraform Labs PTE Ltd., et al.*, No. 2:21-mc-00810-JPO, which was opened, docketed correctly, and initially assigned to Judge Woods on November 12, 2021, then reassigned to Judge Oetken on November 16, 2021.

Because the filing of this action (No. 2:21-mc-00808-LAK) – which was assigned today to Your Honor – was a filing and docketing error and the identical case is proceeding under a different case number (No. 2:21-mc-00810-JPO), the SEC respectfully requests that the Court terminate miscellaneous action No. 2:21-mc-00808-LAK.

Respectfully submitted,

/s/ James P. Connor
JAMES P. CONNOR
U.S. Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549

*The Clerk shall terminate the case.*

SO ORDERED
LEWIS A. KAPLAN, USDJ
11/17/21

cc:   Douglas W. Henkin; Stephan J. Senderowitz (counsel for Respondents Terraform Labs PTE, Ltd. and Do Kwon)